358 A.2d 76
Commonwealth v. One White 1967 Plymouth Fury III.
Foster-Pegg Appeal.

Argued April 12, 1976. Jay S. Nedell, with him Leonard G. Ambrose, III, and Ambrose, Nedell & Yochim, for appellant; Samuel F. Bonavita, District Attorney, submitted a brief for Commonwealth, appellee.

Order affirmed.

358 A.2d 60
Commonwealth v. Patrick, Appellant.

Argued April 19, 1976. Daniel J. Ackerman, with him Ackerman & Galloway, for appellant; Louis H. Ceraso, Assistant District Attorney, and Albert M. Nichols, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., absent.